AO 442 (1/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JASON JOHN LOCKEN | ) Case No. | 1:25-cr-196-1 |
| | ) | |
| | ) | |
| Defendant | ) | |

REC'D USMS-D/ND
2025 AUG 29 12:0

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jason John LOCKEN,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Possession with Intent to Distribute Cocaine (500 grams or more - mixture)
Possession with Intent to Distribute Marijuana
Aiding and Abetting

Date: 08/29/2025

/s/ Janelle Brunner
*Issuing officer's signature*

City and state: Bismarck, ND

Janelle Brunner, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/29/25, and the person was arrested on *(date)* 9/10/25
at *(city and state)* Bismarck, ND.

Date: 9/11/25

*Arresting officer's signature*

DUSM Shafer Deavon
*Printed name and title*