UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

---

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cr-00196 |
| | ) | |
| vs. | ) | |
| | ) | |
| Jason John Locken, | ) | **Request for Notice Pursuant** |
| | ) | **to Fed.R.Evid. 807(b)** |
| Defendant. | ) | |

---

[1]     The above named Defendant, by and through their attorney, Robert N. Quick, requests that the U.S. Attorney provide the undersigned with notice, pursuant to the provisions of Fed.R.Evid. 807(b), of any evidence of material which the United States intends to offer at trial under the residual hearsay exception provisions of Rule 807 of the Federal Rules of Evidence sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that notice of any evidence subject to the requirements of Fed.R.Evid. 807 be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, not later than fifteen (15) days before trial.

        Dated this 12th day of September, 2025.

ROBERT QUICK LAW PLLC
2005 N. Kavaney Dr., Ste. 202
Bismarck, ND 58501
(701) 258-7842
*Attorneys for Defendant*

/s/ Robert N. Quick
Robert N. Quick (Bar ID# 06482)
robertquicklaw@gmail.com