# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER AMENDING RELEASE** |
| | ) | **CONDITIONS** |
| vs. | ) | |
| | ) | |
| Jason John Locken, | ) | Case No. 1:25-cr-196 |
| | ) | |
| Defendant. | ) | |

On September 11, 2025, the court issued an order releasing Defendant subject to a number of conditions, one of which prohibited from obtaining a passport or other foreign travel document(s). (Doc. No. 11).

On March 23, 2026, the court was advised that it come to the Pretrial Services Office's attention that Defendant presently has an active passport. Accordingly, on its own motion, the court amends its September 11, 2025, to include the following condition additional condition of Defendant's release: Defendant shall surrender any passport and other foreign travel document(s) to the United States Probation and Pretrial Services Office.

**IT IS SO ORDERED.**

Dated this 13th day of March, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court